UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-41509 |
| Mukesh M Patel and Jagruti M Patel | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK, in the above entitled matter; and

The Court having noted that Creditor BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK has complied with applicable provisions of Fed. R. Bankr. P. 9013 & 4001(a)(1), and

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay as to BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK is hereby granted.

IT IS FURTHER ORDERED that the Automatic Stay as to BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK's lien interest in 117 BRIGHT RIDGE DRIVE, SCHAUMBURG, IL 60194  is lifted and BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK is permitted to enforce its security interest and liquidate the property.

IT IS FURTHER ORDERED that the fourteen-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

Enter: /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 04, 2016

**Prepared by:**

Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
312-253-9625
312-782-4201 (fax)
ARDC # 6198913
Attorney for Creditor
BMO HARRIS BANK, N.A. AS SUCCESSOR BY MERGER TO HARRIS BANK